# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. 2:09-mj-00245-GWF |
| vs. | **ORDER** |
| LUCIA SOLANO, | **Motion to Dismiss - #30** |
| Defendant. | |

This matter is before the Court on Plaintiff's Motion to Dismiss Criminal Complaint (#30) filed August 11, 2011. Upon review and consideration,

**IT IS ORDERED** that Plaintiff's Motion to Dismiss Criminal Complaint (#30) is **granted**.

DATED this 12th day of August, 2011.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge